588 A.2d 1308

**SAUCON HILLS PARTNERS, INC. of Land Management Partners and Joann Gross and Janet Reidler t/a Keystone Country Realtors, Respondents**

v.

**Masaaki YAMAGUCHI, Petitioner**

Supreme Court of Pennsylvania.

Feb. 19, 1991.

## ORDER

PER CURIAM.

AND NOW, this 19th day of February, 1991, this case is remanded to the Superior Court for consideration of the appeal on its merits.